IN RE: Grant, Gary; Applying for Writ of Certiorari and/or Review; to the Court of Appeal, Second Circuit, Number 17,722- *273 KA; Parish of Ouachita 4th Judicial District Court Div. “G” Number 41,914.
ON WRIT OF CERTIORARI
Prior Opinion: 487 So.2d 195.
GRANTED.
The conviction is affirmed. The sentence is amended, however, to delete only that portion which imposes an additional 120 days in default of payment of the $750.00 fine. Bearden v. Georgia, 461 U.S. 660, 103 S.Ct. 2064, 76 L.Ed.2d 221 (1983); Tate v. Short, 401 U.S. 395, 91 S.Ct. 668, 28 L.Ed.2d 130 (1971); Morris v. Schoonfield, 399 U.S. 508, 90 S.Ct. 2232, 26 L.Ed.2d 773 (1970); Williams v. Illinois, 399 U.S. 235, 90 S.Ct. 2018, 26 L.Ed.2d 586 (1970). See also, State v. Garrett, 484 So.2d 662 (La. 1986); State v. Williams, 484 So.2d 662 (La.1986); and State v. Barlow, 488 So.2d 180 (La.1986).